# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Liliana Brignoni–Kann

                       Plaintiff,

v.                                                       Case No.: 1:20–cv–06480

                                                      Honorable John Robert Blakey

Mobius Incorporated, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 11, 2021:

      MINUTE entry before the Honorable John Robert Blakey: Based upon counsel's representations in court on 4/30/21 and in counsel's declaration concerning pre–filing investigation and the complex nature of the claims asserted and the settlement [25–1], this Court finds that the parties' settlement is fair and reasonable. Accordingly, the Court grants Defendants' unopposed motion for Court approval [20], approves the parties' settlement, and dismisses this case with prejudice. Civil case terminated. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.